IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA AB, and AMYLIN PHARMACEUTICALS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 14-1478-GMS <br><br> (CONSOLIDATED) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES

AstraZeneca Pharmaceuticals LP, AstraZeneca AB and Amylin Pharmaceuticals, LLC (collectively, "AstraZeneca") and Teva Pharmaceuticals USA, Inc. ("Teva"), by and through their respective undersigned counsel hereby stipulate and agree, subject to the approval of the Court that:

- The deadline for Teva to serve its invalidity contentions as to U.S. Patent Nos. 6,858,576; 6,872,700; 6,956,026; 7,741,269; 6,902,744; 7,297,76 and 7,521,423 and its non-infringement contentions as to U.S. Patent Nos. 7,297,761 and 7,741,269 is extended to July 22, 2015 (from July 8, 2015).

- The deadline for AstraZeneca to serve its infringement contentions for U.S. Patent Nos. 7,297,761 and 7,741,269 is extended to August 21, 2015 (from August 7, 2015).

The foregoing extensions have been agreed upon by the parties to allow Teva additional time to prepare its contentions and will not impact any other case deadlines.

SO AGREED AND STIPULATED:

By:

*/s/ Daniel M. Silver*
Michael P. Kelly (No. 2295)
Daniel M. Silver (No. 4758)
Benjamin A. Smyth (No. 5528)
MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

OF COUNSEL:

Christopher N. Sipes
Einar Stole
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
csipes@cov.com
estole@cov.com

*Counsel for Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca AB and Amylin Pharmaceuticals, LLC*

Dated: June 24, 2015

By:

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com

OF COUNSEL:

Ira J. Levy
Frederick H. Rein
Joshua A. Whitehill
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

Elaine H. Blais
Srikanth K. Reddy
Molly R. Grammell
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000
*Counsel for Defendant and Counterclaim-Plaintiff Teva Pharmaceuticals USA, Inc.*

SO ORDERED this 26th day of _____, 2015,

_____
UNITED STATES DISTRICT JUDGE